IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ELAINE CHAO, Secretary of Labor, | ) ) ) | Civil No. 06-156-CO |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| CRATER LAKE OF MEDFORD, INC., a corporation; SONG INC., a corporation; SUE LI, an individual; and LI DONG LIN, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PANNER, Judge.**

On July 31, 2006, Magistrate Judge Cooney filed his Findings and Recommendation (docket # 49), recommending that Defendant Sue Li's motion (# 34) to set aside entry of default (docket # 29) be granted; that Plaintiff's motion (docket # 32-1) for entry of default judgment as to Defendant Song, Inc., be denied as premature; and that Plaintiff's motion (docket # 32-2) for entry of default as to defendant Sue Li be denied as moot.

Plaintiff has filed objections. The matter is now before me for de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

1 - ORDER

**<u>Conclusion</u>**

Magistrate Judge Cooney's Findings and Recommendation (docket # 49) are adopted.  Defendant Sue Li's motion (# 34) to set aside entry of default is granted.  Plaintiff's motion (docket # 32-1) for entry of default judgment as to Defendant Song, Inc., is denied as premature.  Plaintiff's motion (docket # 32-2) for entry of default against dfendant Sue Li is denied as moot.

IT IS SO ORDERED.

DATED this 28th day of August, 2006.


/s/ Owen M. Panner

_____
Owen M. Panner
United States District Judge